**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

STONE, et al.,                                              :
                                                           :
                                    Plaintiffs             :        06 Civ. 2433 (RMB)
                                                           :
                    - against -                            :
                                                           :        **ADMINISTRATIVE ORDER**
JOYCE, et al.,                                             :
                                                           :
                                    Defendants.            :
-----------------------------------------------------------x

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 4/28/09

     The parties are hereby directed to appear with principals before the Court at a settlement conference on May 7, 2009 at 9:00 a.m. in Courtroom 21D of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

     The parties are directed to engage in good faith settlement negotiations prior to the conference with the Court.


**SO ORDERED**.

Dated: New York, New York
      April 28, 2009

                                      _RMB_
                              Richard M. Berman, U.S.D.J.